IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SARAH EMILY LADY,<br><br>    Defendant. | Case No. 2:19-cr-91 TC<br><br>ORDER GRANTING LEAVE OF COURT TO FILE A DISMISSAL OF THE INDICTMENT |

Based upon the motion of the United States of America, and for good cause appearing, the Court hereby grants leave under Fed.R.Crim.P. 48(a) to allow the United States Attorney to file a dismissal with prejudice for the above referenced Indictment against the defendant, SARAH EMILY LADY.

DATED this 9th day of September, 2020.

BY THE COURT:

_____
TENA CAMPBELL
UNITED STATES DISTRICT COURT JUDGE