JOHN W. HUBER, United States Attorney (#7226)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>Sarah Emily Lady,<br><br>        Defendant. | Case No. 2:19 cr 91 TC<br><br>NOTICE OF DISMISSAL OF INDICTMENT |

Based upon leave of this Court and pursuant to Federal Rule of Criminal Procedure 48(a), the United States hereby dismisses the Indictment in this case with prejudice against the following defendant:

Sarah Emily Lady.

DATED this 10th day of September, 2020.

JOHN W. HUBER
United States Attorney

 /s/Carlos A. Esqueda
CARLOS A. ESQUEDA
Assistant United States Attorney